## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. | * | |
| | * | |
| Plaintiff | * | |
| V. | * | |
| | * | |
| TERESA BLOODMAN | * | NO: 4:17CV–00112 SWW |
| | * | |
| Defendants | * | |
| | * | |

## **ORDER**

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED THIS 27TH DAY OF FEBRUARY, 2017.

                                                     /s/Susan Webber Wright
                                   UNITED STATES DISTRICT JUDGE