UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
Room A149
LITTLE ROCK, ARKANSAS 72201

**JAMES W. McCORMACK**  **PHONE 501-604-5351**
**CLERK**  **FAX 501-604-5321**

March 1, 2017

*Via Certified Mail: 7099 3400 0016 3858 5372*

Ms. Myka Bono Sample
Saline County Circuit Clerk
200 North Main Street, Suite 117
Benton, Arkansas  72015

    Re:    Bank of America, N.A. v. Blodman, et al
            U.S. District Court Case No: 4:17CV00112 KGB
            Saline County Circuit Court No: 63CV-14-415-2

Dear Ms. Sample:

    Attached is a certified copy of an Order dated March 1, 2017, signed by Judge Kristine G. Baker, that remands the above-styled matter to Saline County Circuit Court.  Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Saline County Circuit Court.

    If you have an questions regarding this matter, please call me at 501-604-5306.

                                    Sincerely,

                                    JAMES W. McCORMACK, CLERK


                                By:  /s/ Robbie Mixon
                                        Deputy Clerk

Enclosures